UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUND.<br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>                  OF JUSTICE,<br>   Defendant. | Civil Action No. 10-0641 (RBW)<br>ECF |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully requests an extension of time within which to file its motion for summary judgment, to June 13, 2011. Good cause exists to grant this motion. In support of this motion, Defendant states as follows.

1. Pursuant to the Court's April 5, 2011 Minute Order, dispositive motions briefing is to begin on June 6, 2011.

2. Although the necessary *Vaughn* Indices and declarations are nearly complete, Defendant requires additional time to prepare and file its dispositive motion. This time is principally needed because of the schedule of lead counsel for Defendant, which recently has included witness interviews and other activity in Two False Claims Act cases; document review and other discovery-related activity in an employment discrimination matter; motions practice in a patent case; preparations for oral arguments in a labor-relations dispute; and negotiations in another FOIA matter.

3. Pursuant to Local Civil Rule 7(m), the parties have conferred and Plaintiff's counsel has indicated that Plaintiff consents to the following briefing schedule:

- Partial Summary Judgment Motion due on or before June 13, 2011;
- Opposition to Partial Summary Judgment Motion and Cross Motion due by July 14, 2011;

- Reply to Opposition to the Partial Summary Judgment Motion and Opposition to Cross Motion due by August 1, 2011;

- Reply to Opposition to Cross Motion due on or before August 22, 2011.

4. This is the first extension sought for this deadline.

Wherefore, Defendant respectfully requests that the relief sought in be granted and that the Court adopt the above briefing schedule. A proposed order is herewith attached.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

By: /s/ Mercedeh Momeni
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 307-0821 (phone)
(202) 514-8780 (fax)

*Attorneys for Defendant*

Dated: June 1, 2011.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUND. )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES DEPARTMENT )<br>             OF JUSTICE, )<br>   Defendant. )<br>_____ ) | Civil Action No. 10-0641 (RBW)<br>   ECF |

### [Proposed] Order

Upon consideration of Defendant's Consent Motion for Extension of Time, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED, and that the following briefing schedule is adopted.

- Partial Summary Judgment Motion due on or before June 13, 2011;

- Opposition to Partial Summary Judgment Motion and Cross Motion due by July 14, 2011;

- Reply to Opposition to the Partial Summary Judgment Motion and Opposition to Cross Motion due by August 1, 2011;

- Reply to Opposition to Cross Motion due on or before August 22, 2011.

So ORDERED on this _____ day of June, 2011.

REGGIE B. WALTON
United States District Judge