# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC FRONTIER FOUND. | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-0641 (RBW) |
| | ) |    ECF |
| UNITED STATES DEPARTMENT | ) | |
|                OF JUSTICE, | ) | |
|    Defendant. | ) | |

## NOTICE REGARDING MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully advises the Court that it has received Plaintiff's consent for its request for a two-day extension of time within which to file its motion for summary judgment [Doc. No. 18].

                                                                       Respectfully submitted,

                                                                       RONALD C. MACHEN JR., D.C. Bar #447889
                                                                       United States Attorney

                                                                       RUDOLPH CONTRERAS, D.C. Bar #434122
                                                                       Chief, Civil Division

                                                                       By:  /s/ *Mercedeh Momeni*
                                                                          MERCEDEH MOMENI
                                                                          Assistant United States Attorney
                                                                          555 Fourth Street, N.W., Civil Division
                                                                          Washington, D.C.  20530
                                                                          (202) 307-0821 (phone)
                                                                          (202) 514-8780 (fax)

                                                      *Attorneys for Defendant*

Dated: June 14, 2011.