**Electronic Frontier Foundation v. U.S. Department of Justice, 1:10-cv-00641-RBW (D.D.C.)**

**Criminal Division's *Vaughn* Index**

| | Description | Documents Within Category | |
|---|---|---|---|
| **A** | Drafts/working versions of briefing books/documents for the Attorney General for various high-level meetings, and CRM employees' comments about/suggested edits to the HLCG portions of these briefing books/documents.<br>• US/EU Justice and Home Affairs (JHA) Ministerial, Informal, and Consultation meetings occurring on December 12, 2008, in/about July 2009, and on October 28, 2009.<br>• Meeting with the Ambassador to the European Union in August 2009.<br>• Meeting with Swedish Justice Minister Ask and Swedish Minister of Migration and Asylum Policy Billström on October 27, 2009.<br>• Meetings with European Commission Vice President Barrot and Czech Interior Minister Langer occurring in March and April 2009.<br>• Meeting with Spanish Presidency in/about October 2009. | CRM-000007 - 000017<br>CRM-000028 – 000029<br>CRM-000244 - 000249<br>CRM-000255 - 000260<br>CRM-000262 - 000267<br>CRM-000269 - 000276<br>CRM-000281 - 000286<br>CRM-000288 - 000293<br>CRM-000295 - 000302<br>CRM-000304 - 000309<br>CRM-000311 - 000318<br>CRM-000334 - 000335<br>CRM-000337 - 000338<br>CRM-000340 - 000346<br>CRM-000348 - 000356<br>CRM-000358 - 000363<br>CRM-000365 - 000371<br>CRM-000373 - 000382<br>CRM-000386 - 000394<br>CRM-000395 - 000401<br>CRM-000403 - 000413<br>CRM-000426 - 000432<br>CRM-000434 - 000435 | CRM-000437 - 000438<br>CRM-000440 - 000445<br>CRM-000450 - 000456<br>CRM-000520 - 000521<br>CRM-000522 - 000523<br>CRM-000524 - 000525<br>CRM-000526 - 000527<br>CRM-000544 - 000549<br>CRM-000551<br>CRM-000553<br>CRM-000554 - 000556<br>CRM-000578 - 000580<br>CRM-000595 - 000604<br>CRM-000614 - 000625<br>CRM-000629 - 000640<br>CRM-000642 - 000644<br>CRM-000646 - 000656<br>CRM-000657<br>CRM-000658<br>CRM-000660 - 000671<br>CRM-000673 - 000684<br>CRM-000685<br>CRM-000689 |
| **B** | U.S. HLCG experts' discussions/recommendations about briefing/advising senior level Department officials, including the Attorney General, the Deputy Attorney General, and a Deputy Assistant Attorney General, about HLCG deliberations in preparation for various meetings. | CRM-000137<br>CRM-000327<br>CRM-000461<br>CRM-000541<br>CRM-000550<br>CRM-000565<br>CRM-000641 | |

| | Description | Documents Within Category | |
|---|---|---|---|
| C | U.S. experts' drafts/working versions of various documents outlining/discussing the group's deliberations, progress, and/or work to be completed; their suggested language for and edits to those drafts; and discussions about those drafts.<br>• *Enhancing transatlantic cooperation in the area of justice, freedom and security* – joint statement to be issued by U.S. and E.U.<br>• *Addendum to the Final Report by EU-US High Level Contact Group on information sharing and privacy and personal data protection* – to be issued by U.S. and E.U.<br>• Comments on E.U.'s draft *Stockholm Programme* (E.U. plan for justice and home affairs for 2010 – 2015)<br>• Inserts about the HLCG for Ministerial Troika statements/declarations | CRM-000019 - 000024<br>CRM-000025 - 000027<br>CRM-000053 - 000054<br>CRM-000055 - 000059<br>CRM-000060<br>CRM-000061 - 000063<br>CRM-000064 - 000066<br>CRM-000330<br>CRM-000331<br>CRM-000417<br>CRM-000419<br>CRM-000497 - 000499 | CRM-000501 - 000502<br>CRM-000504<br>CRM-000506 - 000507<br>CRM-000516 - 000518<br>CRM-000529 - 000530<br>CRM-000531<br>CRM-000532 - 000533<br>CRM-000559 - 000560<br>CRM-000591<br>CRM-000626<br>CRM-000688 |
| D | U.S. HLCG experts' recommendations for topics to be addressed at and/or drafts of agendas for various meetings including: HLCG experts meetings; HLCG workshop seminars; JHA Ministerial and Informal meetings. | CRM-000032 - 000034<br>CRM-000035<br>CRM-000037 - 000038<br>CRM-000046<br>CRM-000049 - 000050 | CRM-000067<br>CRM-000473<br>CRM-000482 - 000483<br>CRM-000485 - 000486 |
| E | U.S. HLCG experts' suggested language for and edits to drafts and working versions of "*The Way Forward for HLCG and Privacy Discussions with the EU for Use in the JHA Consultations, February 5-6,*"as well discussions about the content of/changes to the document. | CRM-000005 - 000006<br>CRM-000030 - 000031<br>CRM-000127 - 000128<br>CRM-000142 - 000143<br>CRM-000144<br>CRM-000145<br>CRM-000146 - 000149<br>CRM-000150 - 000152<br>CRM-000156 - 000157<br>CRM-000160 - 000161<br>CRM-000163<br>CRM-000164 - 000165 | CRM-000166 - 000167<br>CRM-000168 - 000169<br>CRM-000170 - 000171<br>CRM-000172 - 000173<br>CRM-000174<br>CRM-000175 - 000176<br>CRM-000177<br>CRM-000178 - 000179<br>CRM-000180 - 000181<br>CRM-000182 - 000185<br>CRM-000186 - 000187<br>CRM-000188 - 000189 |

| | Description | Documents Within Category | |
|---|---|---|---|
| **F** | Information reflecting U.S. HLCG experts' preparation for the HLCG redress workshop on October 1, 2009; information related to the HLCG redress workshop, including DOJ employees' discussions about, research for, and suggested edits to documents being prepared for use by the U.S. during the workshop; U.S.-side HLCG experts' draft/working version of a joint statement concerning the workshop; and U.S.-side HLCG experts' personal notes from the HLCG redress workshop. | CRM-000036<br>CRM-000047<br>CRM-000051 - 000052 | |
| **G** | U.S. HLCG experts' discussions about proposed language for/draft versions of various data protection principles and/or draft proposals of language for various data protection principles. | CRM-000039<br>CRM-000040<br>CRM-000041<br>CRM-000042<br>CRM-000043<br>CRM-000044<br>CRM-000045 | CRM-000422<br>CRM-000567<br>CRM-000573<br>CRM-000574<br>CRM-000587<br>CRM-000613 |
| **H** | U.S. HLCG experts' discussions/opinions about negotiation strategies, the progress of the deliberations, principle(s) remaining to be completed (including the redress principle), and next steps in the HLCG deliberations, and reactions by U.S.-side HLCG experts and/or other DOJ officials to issues raised and arguments/responses made during deliberations and/or about remaining action items. | CRM-000123 - 000125<br>CRM-000126<br>CRM-000158 - 000159<br>CRM-000162<br>CRM-000323<br>CRM-000463 | CRM-000466 - 000467<br>CRM-000472<br>CRM-000510<br>CRM-000562<br>CRM-000612<br>CRM-000627 |
| **I** | U.S. experts' discussions about and summaries of conversations, meetings, and documents/laws concerning data privacy for use in determining their impact on the HLCG's deliberations and/or for planning negotiation strategies. | CRM-000075 - 000077<br>CRM-000078<br>CRM-000079<br>CRM-000153 - 000154<br>CRM-000252 - 000253<br>CRM-000319 - 000321 | CRM-000325<br>CRM-000326<br>CRM-000460<br>CRM-000535 - 000538<br>CRM-000564 |
| **J** | U.S. HLCG experts' discussions/thoughts/opinions about negotiating a binding international agreement on data privacy with the European Union. | CRM-000138 - 000139<br>CRM-000140 - 000141<br>CRM-000458<br>CRM-000582 | |