UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ELECTRONIC FRONTIER FOUND.,         )
     Plaintiff,                     )
                                    )
     v.                             )   Civil Action No. 10-0641 (RBW)
                                    )        ECF
UNITED STATES DEPARTMENT            )
              OF JUSTICE,           )
     Defendant.                     )
_____ )

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, United States Department of Justice (DOJ), by and through undersigned counsel, respectfully requests that the briefing scheduled, currently in place for its renewed motion for summary judgment, be revised. Good cause exists to grant this motion. In support of this motion, DOJ states as follows.

1. Pursuant to the Court's November 30, 2011 Order, Defendant's renewed partial summary judgment motion is due on or before February 1, 2012, the opposition to the renewed partial motion for summary judgment and renewed cross motion is due by February 29, 2012, and the reply to opposition to renewed partial motion for summary judgment and opposition to renewed cross motion is due by March 12, 2012. Defendant is in need of a two-week extension, to February 15, 2011, to file its renewed motion.

2. This time is principally needed because the DOJ components involved in this matter will be unable to forward the necessary documents to the undersigned until later this week or early next week, due to the press of work. Additionally, the schedule of lead counsel for Defendant this week alone has included investigations in a complex False Claims Act case, motions practice in two employment discrimination matters, negotiations in a Freedom of Information

Act case, and witness interviews in preparations for responding to a 105-page complaint, *inter alia*. Further, undersigned counsel is scheduled to be on leave on January 30 and 31, 2012.

3. Based on the foregoing request, Plaintiff requests that the filing date for its opposition to Defendant's renewed motion be moved to March 14, 2012.

4. Pursuant to Local Civil Rule 7(m), the parties have conferred and Plaintiff's counsel has indicated that Plaintiff consents to the amendment of the briefing schedule, as follows:

- Renewed partial summary judgment motion will be due by February 15, 2012;

- Opposition to renewed partial summary motion will be due on or before March 14, 2012; and,

- Reply to the foregoing opposition will be due March 24, 2012.

Wherefore, Defendant respectfully requests that the relief sought in be granted and that the Court adopt the above briefing schedule. A proposed order is herewith attached.

    Respectfully submitted,

    RONALD C. MACHEN JR., D.C. Bar #447889
    United States Attorney

    RUDOLPH CONTRERAS, D.C. Bar #434122
    Chief, Civil Division

    By: /s/ *Mercedeh Momeni*
    MERCEDEH MOMENI
    Assistant United States Attorney
    555 Fourth Street, N.W., Civil Division
    Washington, D.C.  20530
    (202) 307-0821 (phone)
    (202) 514-8780 (fax)

    *Attorneys for Defendant*

Dated: January 26, 2012.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUND.<br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>        OF JUSTICE,<br>  Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 10-0641 (RBW)<br>)        ECF<br>)<br>)<br>) |

### [Proposed] Order

Upon consideration of Consent Motion for Extension of Time, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED, and that the following briefing schedule is adopted.

• Renewed partial summary judgment motion will be due by February 15, 2012;

• Opposition to renewed partial summary motion will be due on or before March 14, 2012; and,

• Reply to the foregoing opposition will be due on or before March 24, 2012.

So **ORDERED** on this _____ day of January __ 2012.

_____
REGGIE B. WALTON
United States District Judge