# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-641 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

In accordance with the Memorandum Opinion entered this same date, it is

**ORDERED** that the defendant's renewed motion for partial summary judgment is **GRANTED IN PART** and **DENIED IN PART WITHOUT PREJUDICE**. It is further

**ORDERED** that the plaintiff's renewed cross-motion for partial summary judgment is **DENIED**. It is further

**ORDERED** that the parties shall file a joint status report on or before October 25, 2012, and every 45 days thereafter, apprising the Court as to the status of the administrative processing of the remaining documents responsive to the plaintiff's FOIA request, and proposing, if deemed necessary, a briefing schedule for cross-motions for partial summary judgment concerning the defendant's withholding of these documents.

**SO ORDERED** this 10th day of September, 2012.

REGGIE B. WALTON
United States District Judge